PAPIERFABRIK AUGUST KOEHLER SE, Plaintiff-Appellant

v.

UNITED STATES, Appvion, Inc.,
Defendants-Appellees

2016-2425

United States Court of Appeals,
Federal Circuit.

February 7, 2018

JOHN F. WOOD, Hughes Hubbard & Reed LLP, Washington, DC, argued for plaintiff-appellant. Also represented by FLORA AMANDA DEBUSK, LYNN KAMARCK, MATTHEW R. NICELY, ERIC S. PARNES, DANIEL MARTIN WITKOWSKI.

JOSHUA E. KURLAND, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by CHAD A. READLER, JEANNE E. DAVIDSON, REGINALD T. BLADES, JR.; JESSICA M. LINK, Office of Chief Counsel for Trade Enforcement and Compliance, United States Department of Commerce, Washington, DC.

DANIEL SCHNEIDERMAN, King & Spalding LLP, Washington, DC, argued for defendant-appellee Appvion, Inc. Also represented by STEPHEN A. JONES.

(Lourie, Schall, and O'Malley, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**